IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID ADDINGTON,<br><br>               Plaintiff,<br><br>  vs.<br><br>PRINCE TELECOM, LLC,<br><br>               Defendant. | CV 15–128–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to bear its own costs. All pending motions are MOOT, and all deadlines are VACATED.

DATED this 19th day of July, 2016.

/s/ Donald W. Molloy

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT